CLERK, U.S.D.C. FILED SOUTHERN DIVISION
AUG - 9 2010
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Fu, Philip Jingxiang DEFENDANT(S). | CASE NUMBER SA 10-292 M-3 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Thursday, 8/12/10___, at ___2:00___ ☐ a.m. ☒ p.m. before the Honorable ___Robert N Block___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: ___8/9/10___

_____
U.S. District Judge/Magistrate Judge